

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/27/2021__

Main: 212.392.4772
Direct: 917.594.5561
Fax: 212.444.1030
alfons@lipskylowe.com

www.lipskylowe.com

August 26, 2021

**VIA ECF**
The Honorable Analisa Torres, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Kataoka v. Koufuku LLC et al, 1:21-cv-03247 (AT)</u>

Dear Judge Torres:

    This firm represents the Plaintiff in this Fair Labor Standards Act and New York Labor Law matter. We write, on behalf of all parties, to respectfully request the September 7, 2021, 10:40 a.m., Initial Pretrial Conference be adjourned.

    Pursuant to Your Honor's mediation referral order (Dkt. No. 21), the parties were scheduled to attend a mediation session on August 30, 2021. Unfortunately, the assigned mediator had to withdraw from the mediation due to the death of a close personal friend, and the mediation office was unable to find a replacement mediator on such short notice. The parties are now coordinating with the mediation office to obtain a new mediator and a new mediation date, with the goal the mediation occurs by October 1.

    We, accordingly, respectfully request the initial pretrial conference be adjourned to a date after October 1, 2021. This will allow the parties to focus their resources on the mediation between now and then.

    This is the first request by either party for an adjournment of the initial pretrial conference. An adjournment of the initial pretrial conference will affect the deadline for the parties' submission of a joint letter and case management plan, which the parties respectfully request be adjourned concurrently with the initial conference.



We thank the Court for its attention to this matter and remain available to provide any additional information.

Respectfully submitted,
LIPSKY LOWE LLP

/s/ Alfons D'Auria
Alfons D'Auria

All Counsel of Record (via ECF)

GRANTED. The initial pretrial conference scheduled for September 7, 2021, is hereby ADJOURNED to **October 18, 2021**, at **10:00 a.m.** By **October 11, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: August 27, 2021
New York, New York

ANALISA TORRES
United States District Judge