USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMI KATAOKA, Individually and on behalf of all other persons similarly situated,

          Plaintiff,

-against-

KOUFUKU LLC d/b/a Raku, SAN ROKU LLC d/b/a Raku, HUEY CHENG, and JEFFREY LAM, jointly and severally,

          Defendants.

21 Civ. 3247 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the Plaintiffs' notice of acceptance of an offer of judgment. ECF No. 35. The Clerk of Court is directed to enter judgment consistent with this accepted offer of judgment, terminate all pending hearings, and close the case.

    SO ORDERED.

Dated: November 22, 2021
       New York, New York

                              ANALISA TORRES
                          United States District Judge