**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
EMI KATAOKA, individually and on
behalf of all other persons similarly
situated,

                        Plaintiff,                                  21 **CIVIL** 3247 (AT)

      -against-                                        **JUDGMENT**

KOUFUKU LLC d/b/a Raku, SAN ROKU LLC
d/b/a Raku, HUEY CHENG, and JEFFREY
LAM, jointly and severally,

                        Defendants.
---------------------------------------------------------X

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, defendants Koufuku LLC d/b/a Raku, San Roku LLC d/b/a Raku, Huey Cheng and Jeffrey Lam (collectively, "Defendants"), by their attorneys Pechman Law Group PLLC, hereby offer to allow judgment in this action to be taken against them, jointly and severally, in favor of plaintiff Emi Kataoka (collectively, "Plaintiff") in the sum of ninety-nine thousand dollars ($99,000) less applicable taxes and deductions, plus reasonable attorneys' fees and costs accrued to date to be determined between the parties, in full and final resolution of all Plaintiff's claims against Defendants for unpaid wages, gratuities, liquidated damages, compensatory damages, punitive damages, statutory damages, interests, costs, fees, penalties, other damages, as well as all other expenses arising out of or otherwise related to the facts and transactions alleged in the above-captioned action. Defendants shall not make any other or further payments to Plaintiff or to her

attorneys than stated herein. Plaintiff shall not be deemed nor considered a prevailing party; on November 19, 2021, Plaintiff having confirmed acceptance of Defendants offer of judgment. This Offer of Judgment is made for the purposes specified in Rule 68, and neither this Offer of Judgment nor any judgment that may result from it can be construed as an admission of liability on the part of Defendants, or any of them, or that Plaintiff has suffered any damages, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on October 29, 2021, having rendered its Order directing the Clerk of Court to enter judgment consistent with the accepted offer of judgment, it is,

**ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated October 29, 2021, Plaintiff EMI KATAOKA has judgment as against the Defendants Koufuku LLC d/b/a Raku, San Roku LLC d/b/a Raku, Huey Cheng and Jeffrey Lamin, the amount of $99,000.00 less applicable taxes and deductions, plus reasonable attorneys' fees and costs accrued to date to be determined between the parties, in full and final resolution of all Plaintiff's claims against Defendants for unpaid wages, gratuities, liquidated damages, compensatory damages, punitive damages, statutory damages, interests, costs, fees, penalties, other damages, as well as all other expenses arising out of or otherwise related to the facts and transactions alleged in the above-captioned action; accordingly, the case is closed.

**Dated:**  New York, New York
            November 18, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *[signature: David J. Thomas]*

**Deputy Clerk**